UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, NE<br>Washington, DC 20549,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>3900 Wisconsin Avenue, NW<br>Washington, DC 20016,<br><br>Defendant. | 1:06-cv-00959 (RJL) |

## THE SEC'S MOTION TO APPOINT A TAX ADMINISTRATOR

The Securities and Exchange Commission ("SEC" or "Commission") respectfully requests that the Court enter an Order appointing Damasco & Associates, a certified public accounting firm located in San Francisco, California, as Tax Administrator to execute all income tax reporting requirements, including the preparation and filing of tax returns, with respect to funds under this Court's jurisdiction in this case.

By order dated August 4, 2006, the Court entered Final Judgment as to Defendant Federal National Mortgage Association pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on August 10, 2006, defendant Federal National Mortgage Association paid a total of $ 350,000,001 of disgorgement and civil penalty to the Clerk of this Court (the "Distribution Fund"). The Distribution Fund was thereafter deposited in an interest-bearing account, account number #214936, under the case name designation "SEC v. Federal National Mortgage Association."

1

The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5. A Tax Administrator, on behalf of the Distribution Fund, should be appointed and authorized to take all necessary steps to enable the Distribution Fund to obtain and maintain the status of a taxable QSF, including the filing of all required elections and statements contemplated by those provisions. The Tax Administrator would cause the Distribution Fund to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF. The reasonable costs, fees, and other expenses incurred in the performance of the Tax Administrator's duties would be paid by the Distribution Fund in accordance with the agreement between the Commission and the Tax Administrator.

In summary, this agreement provides for compensation for services and expenses as follows:

| SERVICE | FUND STATUS | FIXED FEE |
|---|---|---|
| Current year income tax returns, including items 1-6 (below). | Funds with no tax liability | $1250 |
| Current year income tax returns, including items 1-6 (below). | Funds with tax liability | $1550 |
| Delinquent year income tax returns, including items 1-6 (below). | Funds with no tax liability. | $1350 |
| Delinquent year income tax returns, including items 1-6 (below). | Funds with tax liability. | $1650 |
| Loss Carryback (claim for refund) returns. | For all funds. | $550 |

Fixed fee tax compliance services include:[1]

1. Obtain a federal tax identification number ("FEIN") for the QSF.
2. Prepare and file federal and state income tax returns, as required.
3. Where required, calculate quarterly estimated tax payments and provide information to the Court so that payments may be made timely.
4. Make arrangements with the SEC or its agents to pay tax liability.
5. Calculate and recommend retention of a reserve, if necessary, for penalties and interest to be assessed as a result of any late filing of tax returns and late payment of taxes.
6. Determine and comply with tax reporting obligations of the QSF relating to distributions or payments to vendors, if applicable.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached Proposed Order and grant such other relief as the Court deems just and proper.

Dated: October 19, 2006

Respectfully submitted,

/s/ Jordan A. Thomas
Jordan A. Thomas (Bar No. 452886)
Peter H. Bresnan
Richard W. Grime
Charles E. Cain
Margaret S. McGuire
Rachel E. Schwartz
Bryan J. Sillaman

SECURITIES AND EXCHANGE COMMISSION
Division of Enforcement
100 F Street, N.E., Mail Stop #4030
Washington, DC 20549
Tel.: (202) 551-4475 (Thomas)
Fax.: (202) 772-9245 (Thomas)

Attorneys for Plaintiff

---

[1] These fixed fees include all copying and routine postage expenses. They also include any internal expenses of the Tax Administrator in performing these services, such as facsimile fees and telephone charges. Expenses that are not included are expedited delivery fees (such as Federal Express) and other extraordinary costs, such as extended telephone conferences and reports. Additional tax compliance services and services for the administration of the QSF would be provided at the Commission's request and billed at the Tax Administrator's current rates discounted by 20%.

3

## CERTIFICATION OF SERVICE

I, Stephen Cohen, counsel for Plaintiff Securities and Exchange Commission, certify that, on October 19, 2006, I caused a copy of the foregoing to be served via U.S. Mail on the following:

**William McLucas**
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, DC 20037
(202) 663-6000
**Attorney for Defendant Federal National Mortgage Association**

Respectfully submitted,

_____
Stephen L. Cohen (DC Bar #478601)
Attorney for Plaintiff
Securities and Exchange Commission