UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, NE<br>Washington, DC 20549<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>3900 Wisconsin Avenue, NW<br>Washington, DC 20016,<br><br>Defendant. | 1:06-cv-00959 (RJL) |

NOTICE OF FILING

Plaintiff Securities and Exchange Commission hereby attaches its Proposed Order to Appoint Tax Administrator which was omitted from yesterday's filing of its Motion to Appoint Tax Administrator.

Dated: October 20, 2006            Respectfully submitted,


                                   _____/s/_____
                                   Jordan A. Thomas (Bar No. 452886)

                                   Attorney for Plaintiff
                                   SECURITIES AND EXCHANGE COMMISSION
                                   Division of Enforcement
                                   100 F Street, N.E., Mail Stop #4030
                                   Washington, DC 20549
                                   Tel.: (202 551-4475 (Thomas)
                                   Fax: (202) 772-9245 (Thomas)