UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, 100 F Street, NE Washington, DC 20549, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, 3900 Wisconsin Avenue, NW Washington, DC 20016, <br><br> Defendant. | 1:06-cv-00959 (RJL) |

## UNOPPOSED MOTION TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Securities and Exchange Commission respectfully requests that the Court enter an Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay certain tax obligations of the Distribution Fund in this case.

By order dated August 4, 2006, the Court entered Final Judgment as to Defendant Federal National Mortgage Association pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on August 10, 2006, defendant Federal National Mortgage Association paid a total of $ 350,000,001 of disgorgement and civil penalty to the Clerk of this Court (the "Distribution Fund"). The Distribution Fund was thereafter deposited in an interest bearing account, account number #214936, under the case name designation "SEC v. Federal National Mortgage Association." The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g)

of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated November 1, 2006, the Court entered an order appointing Damasco & Associates to fulfill the tax obligations of the Distribution Fund. Pursuant to that Order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

For the fourth quarter, the Tax Administrator has determined that the Distribution Fund should make a federal income tax payment in the amount of $930,000 for its quarterly income tax payment due December 15, 2006. See Declaration of Tax Administrator attached as Exhibit A.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated: November 2\_\_, 2006                    Respectfully submitted,

/s/ Jordan A. Thomas
Jordan A. Thomas (Bar No. 452886)
Peter H. Bresnan
Christopher Conte
Richard W. Grime
Charles E. Cain
Margaret S. McGuire
Rachel E. Schwartz
Bryan J. Sillaman

SECURITIES AND EXCHANGE COMMISSION
Division of Enforcement
100 F Street, N.E., Mail Stop #4030
Washington, DC 20549
Tel.: (202) 551-4475 (Thomas)
Fax.: (202) 772-9245 (Thomas)

Attorneys for Plaintiff