# DECLARATION OF JUDE P. DAMASCO

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Federal National Mortgage Association Distribution Fund in the Order to Appoint Tax Administrator, Case No. 1:06-cv-00959 (RJL) filed on November 2, 2006.

3. As Tax Administrator, Damasco has determined that the SEC v Federal National Mortgage Association Distribution Fund owes $1,147,939 in tax liability for the tax year 2006. This tax payment is due March 14, 2007. The breakdown is as follows:

|        | Amount Due   |
|--------|--------------|
| U.S.:  | $1,147,839   |
| D.C.:  | $100         |
| Total: | $1,147,939   |

4. A check in the amount of $1,147,939 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. For timely payment, the check should be received in our office on or before March 7, 2007.

5. The check will be deposited into a trust account from which the tax payment(s) will be made. Therefore, the Employer Identification Number that should be written on the check is 20-5829622 because it is for tax payment on behalf of the SEC v Federal National Mortgage Association Distribution Fund.

//

-1-

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is
2  true and correct. Executed on February 17, 2007 in San Francisco, California.

Jude P. Damasco

F:\Settlement Funds\SEC Agency Cases\SEC v Federal National Mortgage\2006\JPD Tax Return Dec.doc