UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

FEB 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SECURITIES AND EXCHANGE
COMMISSION,
100 F Street, NE
Washington, DC 20549,

    Plaintiff,

v.

1:06-cv-00959 (RJL)

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
3900 Wisconsin Avenue, NW
Washington, DC 20016,

    Defendant.

### ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

    1. The Clerk of the Court shall issue a check on CRIS account number #214936, under the case name designation "SEC v. Federal National Mortgage Association," for the amount of $1,147,939 payable to Damasco & Associates, for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v. Federal National Mortgage Association, 1:06-cv-009, 20-5829622, Tax year 2006 Estimate."



2. The Clerk shall send the check by overnight mail to:

> Damasco & Associates
> 505 Sansome Street
> Suite 1701
> San Francisco, CA 94111
> Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 2/26/07

_____
UNITED STATES DISTRICT JUDGE