UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| Plaintiff, : | |
| v. : | 1:06-cv-00959 (RJL) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION : | |
| Defendant. : | |

## UNOPPOSED MOTION TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Securities and Exchange Commission respectfully requests that the Court enter an Order for the Clerk of the Court to disburse $1,565.57 from funds on deposit with the registry of the Court to pay certain fees and expenses of the Tax Administrator.

By order dated August 4, 2006, the Court entered Final Judgment as to Defendant Federal National Mortgage Association pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Pursuant to the Final Judgment, on August 10, 2006, defendant Federal National Mortgage Association paid a total of $350,000,001 of disgorgement and civil penalty to the Clerk of the Court (the "Distribution Fund"). The Distribution Fund was thereafter deposited in an interest bearing account, account number #214936, under the case name designation "SEC v. Federal National Mortgage Association." The Distribution Fund constitutes a Qualified Settlement Fund (QSF) under section 468B(g) of the Internal Revenue Code (IRC), 26 U.S.C. § 468B(g), and related regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated November 1, 2006, the Court entered an order appointing Damasco & Associates to fulfill the tax obligations of the Distribution Fund. Pursuant to that order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

For the preparation and filing of the 2006 U.S. qualified settlement fund tax return, the Tax Administrator has incurred fees and expenses of $1,565.57. See Declaration of Tax Administrator attached as Exhibit A.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that this Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated: 3/12/07

Respectfully submitted,

Jordan A. Thomas (Bar No. 452886)
Peter H. Bresnan
Christopher Conte
Charles E. Cain
Margaret S. McGuire
Rachel E. Schwartz

SECURITIES AND EXCHANGE COMMISSION
Division of Enforcement
100 F. Street, N.E., Mailstop #4030
Washington, D.C. 20549
Telephone: (202) 551-4475 (Thomas)
Facsimile: (202) 772-9245 (Thomas)

Attorneys for Plaintiff