UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> FEDERAL NATIONAL MORTGAGE : <br> ASSOCIATION : <br> : <br> Defendant. : | 1:06-cv-00959 (RJL) |

## ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Unopposed Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and the supporting Declaration of the Tax Administrator, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number #214936, under the case name designation, "SEC v. Federal National Mortgage Association," for the amount of $1,565.57 payable to Damasco & Associates, for the payment of fees and expenses of the Tax Administrator, as provided in the Damasco Declaration. The check shall contain the notation "SEC v. Federal National Mortgage Association," 1:06-cv-00959, 20-5829622, Tax Administrator fees for 2006 tax return."

2. The Clerk shall send the check by overnight mail to:

>   Damasco & Associates LLP
>   244 Jackson Street, 4th Floor
>   San Francisco, CA 94111
>   Phone: 415-217-4900

3. Upon issuance of this Order, the Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE