UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
MAR 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.                                               1:06-cv-00959 (RJL)

FEDERAL NATIONAL MORTGAGE
ASSOCIATION

Defendant.

### ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Unopposed Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and the supporting Declaration of the Tax Administrator, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number #214936, under the case name designation, "SEC v. Federal National Mortgage Association," for the amount of $1,565.57 payable to Damasco & Associates, for the payment of fees and expenses of the Tax Administrator, as provided in the Damasco Declaration. The check shall contain the notation "SEC v. Federal National Mortgage Association," 1:06-cv-00959, 20-5829622, Tax Administrator fees for 2006 tax return."



2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    244 Jackson Street, 4th Floor
    San Francisco, CA 94111
    Phone: 415-217-4900

3. Upon issuance of this Order, the Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 3/13/07

_____
UNITED STATES DISTRICT JUDGE