# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF
# REQUEST TO MAKE TAX PAYMENT

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Federal National Mortgage Association Distribution Fund in the Order to Appoint Tax Administrator, Case No. 1:06-cv-00959 filed on November 2, 2006.

3. As Tax Administrator, Damasco has determined that the SEC v Federal National Mortgage Association Distribution Fund owes $1,410,000 in estimated tax liability for the first quarter of 2007. This tax payment is due April 13, 2007.

4. A check in the amount of $1,410,000 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 244 Jackson Street, Fourth Floor, San Francisco, CA 94111. For timely payment, the check should be received in our office on or before April 6, 2007.

5. The check will be deposited into a trust account from which the tax payment will be made. Therefore, the Employer Identification Number that should be written on the check is 20-5829622 because it is for tax payment on behalf of the SEC v Federal National Mortgage Association Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2007 in San Francisco, California.

_____
Jude P. Damasco