UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.                            1:06-cv-00959 (RJL)

FEDERAL NATIONAL MORTGAGE
ASSOCIATION

                Defendant.

FILED

MAR 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Unopposed Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declarations of the Tax Administrator ( the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on CRIS account number #214936, under the case name designation, "SEC v. Federal National Mortgage Association," for the amount of $1,410,000 payable to Damasco & Associates, for the payment of tax obligations, as provided in the Declaration attached as Exhibit A. The check shall contain the notation "SEC v. Federal National Mortgage Association," 1:06-cv-009, 20-5829622, First Quarter 2007 Tax Estimate."

2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    244 Jackson Street, 4th Floor
    San Francisco, CA 94111
    Phone: 415-217-4900

3. The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 3/28/07

_____
UNITED STATES DISTRICT JUDGE