## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | : |
| Defendant. | : |

1:06-cv-00959 (RJL)

## DECLARATION OF JAMES F. BLAYNEY

I, James Blayney, as President of Rust Consulting, Inc., hereby declare and state as follows:

1.    I am the President of Rust Consulting, Inc. ("Rust Consulting") and make this declaration on behalf Rust Consulting.

2.    Rust Consulting was founded in 1995 and provides a variety of services to clients including direct mail notification, published media campaigns, telephone support services, claims processing, and award distributions. Rust Consulting has provided claims administration services for over 1,000 class action settlements. In addition, over the years, Rust Consulting has handled countless large and complex distributions, in securities cases, including many for the Commission. Rust Consulting has paid out over $2 billion in settlement assets.

3.    Rust Consulting has substantial resources, including more than 500 employees, advanced data processing capabilities and the capacity to field investor questions on over 1,000 lines. Due to its experience and size, Rust Consulting has the ability to process

large distributions, like the one in the Fannie Mae case, in an efficient manner designed to save both time and resources.

4.      Rust Consulting is both capable and willing to administer the Fair Fund in the above referenced matter, in accordance with the terms of the proposed Distribution Plan and consistent with the cost estimate it submitted to the Securities and Exchange Commission.  Furthermore, if Rust Consulting is selected to serve as Distribution Agent, it will neither seek nor accept payment of ten percent of all fees billed by it, net of charges and out-of-pocket expenses, during the distribution process if the Fair Fund is not distributed to all Eligible Claimants (as defined in the Distribution Plan) within one hundred eighty days following the entry by the Court of an order approving this Distribution Plan, provided that certain types of delays, specifically enumerated in the Distribution Plan, shall not be counted against Rust Consulting for purposes of determining whether it has met such deadline.  A copy of a letter of understanding between Rust Consulting and Commission counsel is attached as <u>Exhibit A</u>.

5.      Rust Consulting maintains comprehensive security processes and procedures that are designed to safeguard settlement fund assets and ensure that distributions are made securely to Eligible Claimants.  A summary of these state of art processes and procedures are attached as <u>Exhibit B</u>.

6.      Rust Consulting maintains and will continue to maintain until termination of the Fair Fund, a Crime Insurance policy.  The primary insurer, Zurich American Insurance Company, is a company which, as of its most recent renewal, was rated "A" by A.M. Best.  The Crime Policy is in the amount of $5,000,000 per occurrence and provides protection against employee dishonesty, forgery or theft, disappearance or destruction,

Declaration of James F. Blayney, President of Rust Consulting, Inc.

and electronic and computer crime exposures, which include losses due to transfer, payment or delivery of funds as a result of fraudulent input, preparation or modification of computer instructions, data or fraudulent electronic transmissions or communications. Rust Consulting maintains and will continue to maintain until termination of the Fair Fund, professional liability insurance in the amount of $10,000,000. It protects against errors and omissions committed by employees of Rust Consulting in the course of their performance of professional services. The primary insurer is Illinois Union Insurance Company, a member of the Ace American Insurance Company, a company which, as of its most recent renewal, was rated "A+" by A.M. Best. Attached as <u>Exhibit C</u> is proof of Rust Consulting's insurance policy.

7.     Citizens Financial Group ("Citizens Bank") has agreed to hold the Fair Fund assets for Rust Consulting prior to distribution. Citizens Bank has indicated to Rust Consulting that it maintains a Financial Institutions Bond including errors and omissions coverage with an aggregate limit of 365 million British pounds, which at current exchange rates is equivalent to approximately $700 million dollars. Citizens Bank has indicated to Rust Consulting that the primary insurers are Lothbury Insurance Company Ltd, AIG Group, and Lloyds of London. AIG Group is currently rated "A+" and Lloyds of London is currently rated "A" by A.M. Best. Lothbury Insurance Company is unrated because it is a captive insurance company. Citizens Bank has indicated to Rust Consulting that Citizens Bank annually assesses the adequacy of its policy limits through extensive analysis of historical loss data, exposure to loss and internal company controls, and that Citizens Bank's limits are reviewed annually by the company's Board of

Declaration of James F. Blayney, President of Rust Consulting, Inc.

Directors.    Attached as <u>Exhibit D</u> is the proof of Citizens Bank's insurance policy provided to Rust Consulting by Citizens Bank.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 13, 2007

**RUST CONSULTING, INC.**

By: _____
James Blayney, President

# EXHIBIT A

# LETTER OF UNDERSTANDING

Declaration of James F. Blayney, President of Rust Consulting, Inc.



RUST CONSULTING, INC.
625 Marquette Avenue, Suite 880
Minneapolis, MN 55402-1208
(612) 359-2000 (612) 359-2050 Fax

March 13, 2007

Securities and Exchange Commission
Division of Enforcement
Attention: Jordan A. Thomas
100 F Street, N.E., Mail Stop #4030
Washington, DC 20549

Re:   *SEC v. Federal National Mortgage Association*

Dear Mr. Thomas:

This letter of understanding confirms the nature and understanding of the services to be performed by Rust Consulting, Inc. (hereinafter, "Rust Consulting") with regard to the above referenced matter, if appointed as Distribution Agent by the Court. For purposes of this letter, all terms used herein and not otherwise defined shall have the meaning ascribed thereto in the proposed Distribution Plan submitted to the Court by the Commission.

Rust Consulting will provide claims administration services in accordance with the Distribution Plan approved by the Court. Rust Consulting warrants that its services will be performed with reasonable care in a diligent and competent matter. The nature and scope of these services are outlined in the Distribution Plan. In particular, in performing these services, Rust Consulting will implement and maintain reasonable and appropriate security measures and safeguards to (a) protect the security and confidentiality of Customer data provided to Rust Consulting by Customer in connection herewith, and (b) prevent access to, use or disclosure of such Customer data to persons other than those officers, employees and agents of Rust Consulting to whom such access, use and disclosure is necessary or appropriate to the performance of Rust Consulting's obligation hereunder and except as required by law or consented to in writing by the Customer. Rust Consulting agrees to obey all confidentiality orders entered in any related or applicable litigation to which this Letter of Understanding refers. A detailed summary of the timeline for the key administrative tasks associated with the Fair Fund distribution is attached hereto as <u>Attachment 1</u>.

If the Court approves the proposed Distribution Plan, in exchange for providing these claims administration services, Rust Consulting will be entitled to compensation from the Fair Fund Escrow Fund for reasonable costs, fees, and other expenses incurred, at the previously negotiated hourly rate, as set forth in <u>Attachment 2</u>. As part of Rust Consulting's proposal, using Commission assumptions, it has attached an overall claims administration estimate at <u>Attachment 3</u>.

We appreciate your confidence in our firm and welcome the opportunity to serve as Distribution Agent for the Fair Fund distribution in this important case. If you have any questions or need additional documentation, please don't hesitate to contact me at (612) 359-2034.

Sincerely,

James F. Blayney
President
Rust Consulting, Inc.

Enclosure

Securities and Exchange Commission
Exhibit A - Page 2



Securities and Exchange Commission
Exhibit A - Page 3

# Timeline Summary

| | Number of Days From | Date |
|---|---|---|
| **Key Dates** | | |
| Claims Administrator Approval Date | | 04/15/07 |
| Initial Notice/Proof of Claim Mailing | 8 after settlement date | 04/23/07 |
| Proof of Claim Deadline | 90 after initial notice mailing | 07/22/07 |
| Awards Mailed | 180 after Claims | 10/12/07 |
| **Meeting Dates** | | |
| Planning meeting | 30 prior to settlement date | 03/16/07 |
| Conference calls/updates | | Weekly |
| **Database** | | |
| Rust to receive data | 30 prior to 1st mail date | 03/24/07 |
| **Notification Dates** | | |
| Notice approved | 30 prior to 1st mail date | 03/24/07 |
| Initial Notice mailings: | | |
| Transfer Agent Database | | 04/23/07 |
| Broker Proprietary Database | | 04/23/07 |
| Return mail remailing: | | Weekly |
| 1st return mail date | 14 after 1st mail date | 05/07/07 |
| Last date to mail notices and proof of cla | 0 prior to Claim deadline | 07/22/07 |
| Subsequent mailings: | | Weekly |
| Notification | 7 after 1st mail date | 04/30/07  -  07/22/07 |
| Broker electronic files | 7 after notification | 05/07/07  -  07/22/07 |
| Broker bulk request | 7 after notification | 05/07/07  -  07/22/07 |
| Broker labels | 7 after notification | 05/07/07  -  07/22/07 |
| Individual requests | 7 after notification | 05/07/07  -  07/22/07 |
| **Telephone Support** | | |
| Script approval | 30 prior to activation | 03/25/07 |
| Staff training | 5 prior to activation | 04/19/07 |
| System activation | 1 after 1st mail date | 04/24/07 |
| **Website** | | |
| Determine domain name | 30 prior to mailing date | 03/24/07 |
| Website text approved | 21 prior to 1st mail date | 04/16/07 |
| Website activated and tested | 7 prior to 1st mail date | 04/30/07 |
| Website live | 0 prior to 1st mail date | 05/07/07 |

Securities and Exchange Commission
Exhibit A - Page 4

# Timeline Summary (cont.)

| Proof of Claim | Number of Days From | Date | |
|---|---|---|---|
| Setup: | | | |
| Prepare claim procedures | 30 prior to 1st mail date | 03/24/07 | |
| Modify database for claim procedures | 15 prior to 1st mail date | 04/08/07 | |
| Test and approve procedures | 5 after 1st mail date | 04/28/07 | |
| Processing: | | | |
| Receipt claims | 7 after 1st mail date | 04/30/07 - | 07/22/07 |
| Data capture claims | 7 after procedures approved | 04/30/07 - | 08/05/07 |
| Review documentation | 7 after procedures approved | 04/30/07 - | 08/05/07 |
| Send cure letters | 14 after procedures approved | 05/07/07 - | 08/19/07 |
| Process cure responses | 21 after procedures approved | 05/14/07 - | 09/09/07 |
| **Plan of Allocation** | 30 after procedures approved | 05/28/07 - | 07/13/07 |
| **Claim Deadline** (received by) | | 07/22/07 | |
| **Claim Validation** | | | |
| Exception reporting: | | | |
| Ineligible conditions | 21 after 1st mail date | 05/14/07 - | 08/12/07 |
| Duplicate or overlapping data | 21 after 1st mail date | 05/14/07 - | 08/12/07 |
| Unreasonable or deficient conditions | 21 after 1st mail date | 05/14/07 - | 08/12/07 |
| Deficient and ineligible process: | | | |
| Mail letters | 5 after claim validation | 05/19/07 - | 08/15/07 |
| Process responses | 30 after mail letters | 06/18/07 - | 09/05/07 |
| Mail final rejection | 20 after responses processed | 07/08/07 - | 09/09/07 |
| **Awards** | | | |
| Prepare distribution affidavit | 2 prior final appeal | 09/11/07 | |
| File distribution affidavit | 5 after final appeal | 09/16/07 | |
| Receive Court approval | 10 after distribution affidavit filed | 09/26/07 | |
| Prepare award file | 2 after Court approval | 09/28/07 | |
| Mail awards | 14 after Court approval | 10/12/07 | |
| Final date to mail awards | 214 after Preliminary Approval | 11/15/07 | |
| Last date to cash payments | 180 after awards mailed | 05/13/08 | |
| Final report | 20 after awards cashed | 06/02/08 | |

*Rust Consulting, Inc.*

Securities and Exchange Commission
Exhibit A - Page 5

## Attachment 2

| Position/Classification | Rates |
|---|---|
| Principal Consultant | $195-$250 |
| Project Administrator | $150 - $175 |
| | |
| Project Management | $100 - $140 |
| Technical Consultant | $100-$200 |
| Call Center Manager | $100 |
| Staff | $50 - $100 |
| Project coordinator | $75 |
| Processor | $40 - $50 |
| Customer Service Representative | $40 - $50 |

| Other Charges: | |
|---|---|
| Printing (Notices, Claim Forms, etc.) | Priced at time of Printing |
| Published Notice | Priced at time of Publication |
| Check Processing Fee per payment issued | $0.15 |
| Address Trace | $.50 |
| Website Monthly Maintenance | $150 |
| Monthly Bank Account Fee | $150 |
| Photocopies | $0.15 per copy |
| Storage of 1.2 cubic foot box | $0.75 per month |

Out-of-pocket expenses at cost:
    Post Office Box Rental
    Travel expenses
    Brokerage Reimbursements
    Postage

Payment should be sent to:

    Rust Consulting, Inc.
    Attention: Accounts Receivable
    625 Marquette Avenue, Suite 880
    Minneapolis, MN 55402-1208

Wire transfer funds to:

| Account Names: | Rust Consulting, Inc. |
|---|---|
| Account Number: | 4496 835273 |
| Bank Route #: | ABA #121000248 |
| Bank Address: | Wells Fargo Bank |

Rust Consulting, Inc. is a Minnesota Corporation with Federal Tax ID# 41-1813634.

Securities and Exchange Commission
Exhibit A - Page 6

**Attachment 3**

The Fee Estimate dated February 22, 2007 is not a part of the Letter of Understanding, but is provided to furnish the context for hourly fees, transaction fees, fixed fees, charges and other out-of-pocket expenses.

*Rust Consulting, Inc.*



**SEC v. Federal National Mortgage Association**
**Claims Administration Estimate**
**Revised February 22, 2007**

Rust Consulting, Inc.

| | | Estimated Quantity | Class Percentages |
|---|---|---|---|
| **Key Assumptions** | | | |
| Shares Traded | | 7,800,000,000 | |
| Average Number of Transactions Traded | | 4,000 | |
| Average Shares | | 1,950,000 | |
| Percentage of Trades Purchased | | 26% | |
| Estimated Class Size | | 500,000 | 100% |
| Claims Filed | | 500,000 | 100% |
| | | | |
| Notice and Proof of Claim: | | | |
| Initial Mailed Notice | | 50,000 | 10% |
| Subsequent Mailing: | | | |
| Broker request - labels | | 125,000 | 25% |
| Broker request - bulk | | 125,000 | 25% |
| Broker request - electronic files | | 175,000 | 35% |
| Individual | | 25,000 | 5% |
| | | 450,000 | 90% |
| | | | |
| Total Notices Mailed | | 500,000 | 100% |
| | | | |
| Undeliverable Process for Initial Mail Notice: | | | |
| Forwarded Notices | | 500 | 1% |
| Undeliverable Notices | | 5,000 | 10% |
| Remailed Notices | | 2,500 | 50% |
| Telephone Support: | | | |
| Number of Telephone Contacts | | 12,500 | 2.5% |
| Number of Calls in IVR System | | 12,500 | 100.0% |
| Number Reaching Customer Service Representative | | 10,000 | 80% |
| Connect Minutes per Call - IVR | | 2.0 | |
| Connect Minutes per Call - CSRs | | 5.0 | |
| Proof of Claims: | | | |
| Hard Copy Claims | 60% | 300,000 | |
| Electronic Claims | 40% | 200,000 | |
| Claims Filed | | 500,000 | 100% |
| Deficient/Ineligible Letters | 10% | 50,000 | |
| Responses to Deficient/Ineligible Letters | 60% | 30,000 | |
| Payments | | 480,000 | 96.0% |



**SEC v. Federal National Mortgage Association**
**Claims Administration Estimate**
**Revised February 22, 2007**

Rust Consulting, Inc.

| Administrative Task | Estimated Quantity | | Per Unit | Task Amount | Total |
|---|---|---|---|---|---|
| **Project Set-Up** | | | | | |
| Initial Set-up | | | | Waived | |
| Post Office Box Rental ($434 per six months) | 3 | Months @ | $ | 434 | $ 1,302 |
| **Database Development** | | | | | |
| Receive / Format for Mail File | 50,000 | Records @ | $ 0.050 | 2,500 | |
| Develop Class Intake List and Merge in Database | 50,000 | Records @ | 0.050 | 2,500 | |
| Broker Requests from Electronic Files | 175,000 | Records @ | 0.050 | 8,750 | |
| Data Storage | | | | Waived | 13,750 |

> *Data must be provided in a complete, consistent, standardized electronic format. Rust's standard format is ASCII fixed width complete with field layout. Other formats may be accepted at Rust's discretion. Resources used to enhance or further develop non-standardized data will be billed on a time and materials basis according to Rust's Current Standard Hourly Rates. Data Storage will be waived for the first twelve months of the project. Thereafter, it will be billed on a monthly basis.*

| | | | | | |
|---|---|---|---|---|---|
| **Notification** | | | | | |
| Mailed Notice: | | | | | |
| Forms Layout/Design for Mail | 10 | Hours @ | 125 | 1,250 | |
| CASS / NCOA / LACS Processing | | | | 500 | |
| Print and Mail Notice Package | 50,000 | Notices @ | 0.28 | 14,000 | |
| Postage - 1 Ounce Pre-sorted First Class Rate (at cost) | 50,000 | Notices @ | 0.32 | 16,000 | 31,750 |

> *CASS - Coding Accuracy Support System; NCOS - National Change of Address; LACS - Locatable Address Conversion System. Print and Mail per unit price are estimated. Actual prices will be provided after form is finalized prior to mailing. The print and mail notice package assumes a 8-page notice and 4-page claim form booklet.*

| | | | | | |
|---|---|---|---|---|---|
| Subsequent Mailings: | | | | | |
| Print Notice Package for Brokerage Requests | 425,000 | Notices @ | 0.28 | 119,000 | |
| Mail Fulfillment | 425,000 | Notices @ | 0.20 | 85,000 | |
| Notice Requests from Telephone Support | 25,000 | Requests @ | 1.00 | 25,000 | |
| Postage - 1 Ounce First Class Rate (at cost) | 325,000 | Notices @ | 0.39 | 126,750 | |
| Bulk Mail Cost (est. 350/box) | 125,000 | Notices @ | 0.08 | 10,000 | |
| Brokerage Reimbursements | | | | Actual | 365,750 |

> *Subsequent mailings include broker include 1) bulk mailings of notices for the third party to mail; 2) mail labels are received for fulfillment; and 3) mail files are received for fulfillment.*

| | | | | | |
|---|---|---|---|---|---|
| **Undeliverable and Forward Notices** | | | | | |
| Receive and Update Database | 5,500 | Notices @ | 0.50 | 2,750 | |
| Address Trace | 5,500 | Traces @ | 0.50 | 2,750 | |
| Remail Individual Notice | 2,500 | Notices @ | 1.00 | 2,500 | |
| Postage - 1 Ounce First Class Rate (at cost) | 2,500 | Notices @ | 0.39 | 975 | 8,975 |
| **Published Notice** | | | | | |
| Advertisement Space | | | | | TBD |
| **Website** | | | | | |
| Set Up Static Website and Load Documents | | | | 2,500 | |
| Monthly Maintenance | 18 | Months @ | 150 | 2,700 | 5,200 |

> *The website includes general content along with viewable and downloadable forms.*

Privileged and Confidential
Prepared at the Request of Counsel
Page 2



**RUST**
Rust Consulting, Inc.

**SEC v. Federal National Mortgage Association**
**Claims Administration Estimate**
**Revised February 22, 2007**

| Administrative Task | Estimated Quantity | | Per Unit | Task Amount | Total |
|---|---|---|---|---|---|
| **Telephone Support** | | | | | |
| Set-up | | | | 2,500 | |
| Staff Training (5 CSRs for 8 hours) | 40 | Hours @ | 40 | 1,600 | |
| Interactive Voice Response @ 2 minutes per call | 12,500 | Calls @ | 0.40 | 5,000 | |
| Live Telephone Support @ 5 minutes per call | 10,000 | Calls @ | 4.50 | 45,000 | |
| 800# Charges | 75,000 | Minutes @ | 0.07 | 5,250 | 59,350 |

*The above amounts are estimates based on assumptions noted on Page 1. Actual amounts incurred will be billed on a monthly basis.*

| Administrative Task | Estimated Quantity | | Per Unit | Task Amount | Total |
|---|---|---|---|---|---|
| **Claims Processing** | | | | | |
| Proof of Claim: | | | | | |
| Receipt | 300,000 | Claims @ | 0.50 | 150,000 | |
| Image / Archive - Average of 6 Pages per Claim | 1,800,000 | Pages @ | 0.12 | 216,000 | |
| Data Capture - Average 6 Transaction per Claim | 300,000 | Claims @ | 1.75 | 525,000 | |
| Review and Validate Documentation/ Set Message Codes | 300,000 | Claims @ | 1.00 | 300,000 | |
| Update Database | 300,000 | Claims @ | 0.25 | 75,000 | |
| Electronic Files: | | | | | |
| Initial Load (1,000 records per hour) | 200,000 | Claims @ | 0.15 | 30,000 | |
| Quality Review (1,000 records per hour) | 200,000 | Claims @ | 0.15 | 30,000 | |
| Process Deficient & Ineligible Claims: | | | | | |
| Deficient and Ineligible Review | 50,000 | Claims @ | 1.00 | 50,000 | |
| Sort, QC and Review | 50,000 | Claims @ | 1.50 | 75,000 | |
| Generate Cure Letter and Mail | 50,000 | Letters @ | 1.00 | 50,000 | |
| Receive Response, Process and Update Database | 30,000 | Responses @ | 1.00 | 30,000 | |
| Quality Control: | | | | | |
| Exception Reporting | 500,000 | Claims @ | 0.50 | 250,000 | |
| Quality Assurance Review | 500 | Hours @ | 125 | 62,500 | |
| Plan of Allocation Programming | 125 | Hours @ | 175 | 21,875 | |
| Quality Assurance Calculation Testing | 80 | Hours @ | 125 | 10,000 | |
| Other Administration Activity Requested by Client | | | | TBD | 1,875,375 |

*Receipt and Process claims includes open, date stamp, label and data capture a proof of claim with up to 200 characters. Exception reporting includes the process of accepting or rejecting claims, handling disputes and curing deficient claims. Electronic files, exception reporting and deficient processing will be billed on an hourly basis according to Rust's Current Standard Hourly Rates.*



**SEC v. Federal National Mortgage Association**
**Claims Administration Estimate**
**Revised February 22, 2007**

| Administrative Task | Estimated Quantity | | Per Unit | Task Amount | Total |
|---|---|---|---|---|---|
| **Fund Distribution** | | | | | |
| CASS / NCOA / LACS Processing | | | | 500 | |
| Print and Mail Payments | 480,000 | Payments @ | 0.25 | 120,000 | |
| Postage - 1 Ounce Pre-sorted First Class Rate (at cost) | 480,000 | Payments @ | 0.35 | 168,000 | |
| Check Processing Fee | 480,000 | Payments @ | 0.15 | 72,000 | |
| Monthly Bank Account Fee | 6 | Months @ | 150 | 900 | |
| Reissues | 5,000 | Payments @ | 2.00 | 10,000 | |
| Postage - 1 Ounce Pre-sorted First Class Rate (at cost) | 5,000 | Payments @ | 0.39 | 1,950 | 373,350 |

> *Print and Mail per unit price assumes an 8.5x11 payment form inserted into a window envelope. Reissues will be billed on actual time expended based on the rates found in the Current Standard Hourly Rates section. The rates listed above are a blended estimate of the rates listed below.*

| | | | | | |
|---|---|---|---|---|---|
| **Tax** | | | | | |
| Annual Fee -QSF Income Tax Reporting | 2 | Years @ | 1,850 | 3,700 | 3,700 |
| **Project Management** | | | | | |
| Senior Management/Principal | 175 | Hours @ | 225 | 39,375 | |
| Project Management | 2,700 | Hours @ | 125 | 337,500 | |
| Technical Consulting | 500 | Hours @ | 175 | 87,500 | |
| Staff (blended rate) | 500 | Hours @ | 100 | 50,000 | 514,375 |

> *Project Management fees are estimated and will be billed on actual time expended based on the rates found in the Current Standard Hourly Rates section below. The rates listed above are a blended estimate of the rates listed below.*

| | | | | | |
|---|---|---|---|---|---|
| **Other Charges and Out-of-pocket Costs** | | | | | |

> *Includes post office box rental, overnight shipments, postage, labels, travel, long distance, brokerage reimbursements, and other misc. charges and expenses.* — Actual

| | |
|---|---|
| **Total Claims Administration Estimate** | $  3,252,877 |
| **Total Fees per Claim** | $  6.51 |

### Current Standard Hourly Rates (subject to change)

| | |
|---|---|
| Senior Management/Principal | $195-$250 |
| Project Administrator | $150-$175 |
| Project Manager | $100-$140 |
| Technical Consultant | $100-$200 |
| Call Center Manager | $100 |
| Staff | $ 50-$100 |
| Project Coordinator | $ 75 |
| Processor | $ 40-$ 50 |
| Customer Service Representative (CSRs) | $ 40-$ 50 |

## EXHIBIT B

## SECURITY PROCESSES AND PROCEDURES

Rust Consulting and its check printing vendor have the following custody procedures in place to prevent misappropriation of funds:

- Databases
    - Rust Consulting's databases are configured so that modifications can only be made to data through programs; individuals are not allowed direct access to underlying production databases.
    - Only designated individuals with security clearances at Rust Consulting can access data used in completing the distribution.
    - If an individual has security clearance to make changes in data (e.g., to update an address through an on-line screen), all original data (e.g., the original address) is automatically maintained by Rust Consulting's systems, and the system records the identity of the individual who made the change.
    - Award amounts cannot be altered by individuals.
    - Duties are segregated: award calculations are separate from the preparation of checks, which is in turn separate from submission of files to a bank, so that no individual or working team could affect more than one of these processes.

- Printing of Checks and Transferring of Wires
    - A "positive pay file" is used for clearing checks at a bank, and is provided to the bank separately from the physical checks themselves. Banks are instructed to clear only checks matching entries in the positive pay file and for the amount in the file. If someone were to steal check stock, they would have no practical ability to draw on funds in the bank without access to the data files for the distribution. Any alteration to a stolen check should be stopped by the bank.
    - Further, no account information or micr line is included on any blank check stock.
    - When checks are printed, a reconciliation report is provided which lists the total number of checks and sequenced numbers printed. These totals are compared to the total records from the payment file to confirm all checks were printed.
    - Printed checks are kept in a secured area until they are mailed and are generally printed just in time for mailing.
    - Only authorized individuals are allowed access to the check area for printing and performing quality control procedures.

-6-

- o When checks are inserted into envelopes, total mailing pieces are compared to batch totals to confirm all checks have been prepared for mailing.
- o When mailing pieces are delivered to the post office, postal receipts are received and maintained. These postal receipts are compared to the totals on the reconciliation report to confirm all printed checks were mailed.
- o Security features on check stock are used, which include void pantographs to prevent copying, micro printed signature lines, and watermarks embedded in the stock.
- o Positive identification procedures are printed above the endorsement block on the back of the check.
- o Background and credit checks are performed on all employees involved in the distribution process.
- o Debit filters are used to prevent unauthorized wire transfers from the settlement account.

- **Returned Checks**
  - o Rust Consulting sends the name, current address it has on file, and the tax identification number for the individual/entity to a company that has access to credit bureau header type information. That company searches for the most current address available through their proprietary databases, and returns each record back to Rust Consulting.
  - o The returned file contains new addresses for records where the company had a more current address, with a date that corresponds with that address. The file also contains records where the company did not have a more current address on file.
  - o Rust Consulting then updates its database for records with better addresses, with a code that notes that the new address was obtained through a trace process and the date the new address was obtained. This becomes the current address for that record in its database. Rust Consulting does not overwrite or delete previous addresses, which it maintains in an address history with dates and codes that identify when an address was used and why an address was updated.

Declaration of James F. Blayney, President of Rust Consulting, Inc.

**EXHIBIT C**

**RUST CONSULTING'S
PROOF OF INSURANCE**

Declaration of James F. Blayney, President of Rust Consulting, Inc.

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
01/22/2007

| | |
|---|---|
| **PRODUCER**<br>Aon Risk Services, Inc. of New York<br>55 East 52nd Street<br>New York NY 10055 USA<br><br>PHONE-(866) 266-7475    FAX-(866) 467-7847 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Hartford Fire Insurance Co. | 19682 |
| INSURER B: Great American Insurance Co. | 16691 |
| INSURER C: Illinois National Insurance Co | 23817 |
| INSURER D: Illinois Union Insurance Company | 27960 |
| INSURER E: ACE American Insurance Company | 22667 |

**INSURED**
Sourcecorp, Incorporated
Rust Consulting, Inc.
501 Marquette Avenue #700
Minneapolis MN 55402 USA

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADDL INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY**<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE [X] OCCUR<br><br><br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[X] POLICY [ ] PRO-JECT [ ] LOC | 10UENTE1593<br>General Liability | 12/15/06 | 12/15/07 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $300,000 |
| | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | **AUTOMOBILE LIABILITY**<br>[ ] ANY AUTO<br>[ ] ALL OWNED AUTOS<br>[ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS<br>[ ] NON OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | |
| | | | | | | BODILY INJURY (Per person) | |
| | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | PROPERTY DAMAGE (Per accident) | |
| | | **GARAGE LIABILITY**<br>[ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | |
| | | | | | | OTHER THAN EA ACC AUTO ONLY: AGG | |
| B | | **EXCESS/UMBRELLA LIABILITY**<br>[X] OCCUR [ ] CLAIMS MADE<br><br>[ ] DEDUCTIBLE<br>[ ] RETENTION | SBE4625431 | 12/15/06 | 12/15/07 | EACH OCCURRENCE | $5,000,000 |
| | | | | | | AGGREGATE | $5,000,000 |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR / PARTNER / EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | [ ] WC STATU-TORY LIMITS [ ] OTHER | |
| | | | | | | E.L. EACH ACCIDENT | |
| | | | | | | E.L. DISEASE-EA EMPLOYEE | |
| | | | | | | E.L. DISEASE-POLICY LIMIT | |
| D | | **OTHER**<br>Prof Liability | EONG21674643003<br>E&O | 12/15/06 | 12/15/07 | each occurence | $10,000,000 |
| | | | | | | Deductible | $500,000 |
| | | | | | | Aggregate | $10,000,000 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br><br>AUTHORIZED REPRESENTATIVE<br>*Aon Risk Services Inc. of New York* |

**ACORD 25 (2001/08)**    ACORD CORPORATION 1988

Holder Identifier:
570020958052
Certificate No:

**Attachment to ACORD Certificate for** Sourcecorp, Incorporated

The terms, conditions and provisions noted below are hereby attached to the captioned certificate as additional description of the coverage afforded by the insurer(s). This attachment does not contain all terms, conditions, coverages or exclusions contained in the policy.

| INSURED | |
|---|---|
| Sourcecorp, Incorporated<br>Rust Consulting, Inc.<br>501 Marquette Avenue #700<br>Minneapolis MN 55402 USA | INSURER |
| | INSURER |
| | INSURER |
| | INSURER |
| | INSURER |

**ADDITIONAL POLICIES**    If a policy below does not include limit information, refer to the corresponding policy on the ACORD certificate form for policy limits.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER POLICY DESCRIPTION | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | EXCESS LIABILITY | | | | | |
| E | | | X00G23792953 | 12/15/06 | 12/15/07 | Retained Limit Amoun | $10,000 |
| | | | | | | Aggregate | $25,000,000 |
| | | | | | | Each Occurrence | $25,000,000 |
| | | OTHER | | | | | |
| C | | Fiduciary Liab | 009659038 Fiduciary Liab. | 12/15/06 | 12/15/07 | Fiduciary Liability | $2,000,000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

**Certificate No :**        570020958052

# ACORD™ CERTIFICATE OF PROPERTY INSURANCE

DATE (MM/DD/YY) 01/08/07

**PRODUCER**
Aon Risk Services, Inc. of New York
55 East 52nd Street
New York NY 10055 USA

PHONE·(866) 266-7475          FAX· (866) 467-7847

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| COMPANY A | Zurich American Ins Co |
| COMPANY B | |
| COMPANY C | |
| COMPANY D | |

**INSURED**
Sourcecorp, Incorporated
Rust Consulting, Inc.
501 Marquette Avenue #700
Minneapolis MN 55402 USA

Holder Identifier :

## COVERAGES

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|
| | PROPERTY | | | | | BUILDING | |
| | CAUSES OF LOSS | | | | | PERSONAL PROPERTY | |
| | BASIC | | | | | BUSINESS INCOME w/o Extra Expense | |
| | BROAD | | | | | EXTRA EXPENSE | |
| | SPECIAL | | | | | BLANKET BUILDING | |
| | EARTHQUAKE | | | | | BLANKET PERS PROP | |
| | FLOOD | | | | | BLANKET BLDG & PP | |
| | INLAND MARINE | | | | | | |
| | TYPE OF POLICY | | | | | | |
| | CAUSES OF LOSS | | | | | | |
| | NAMED PERILS | | | | | | |
| | OTHER | | | | | | |
| A | X CRIME | FID903260200 Crime | 12/15/06 | 12/15/09 | X | Aggregate | $5,000,000 |
| | TYPE OF POLICY Crime Coverage | | | | X | Deductible | $50,000 |
| | BOILER & MACHINERY | | | | | | |
| | OTHER | | | | | | |

LOCATION OF PREMISES \ DESCRIPTION OF PROPERTY

SPECIAL CONDITIONS / OTHER COVERAGES

Certificate Number :   570020805233

## CERTIFICATE HOLDER

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE   *Aon Risk Services Inc, of New York*

ACORD 24 (1/95)                    © ACORD CORPORATION 1995

# EXHIBIT D

## CITIZENS BANK'S
## PROOF OF INSURANCE

Declaration of James F. Blayney, President of Rust Consulting, Inc.

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE Page 1 of 2

| | DATE |
|---|---|
| | 01/19/07 |

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| FINEX UK & Ireland<br>Willis Limited<br>One Camomile Street<br>London EC31 7LA | |

| | **INSURERS AFFORDING COVERAGE** |
|---|---|

| INSURED | |
|---|---|
| Royal Bank of Scotland Group plc including Citizens Financial Group Inc &/or Charter One Securities Inc<br><br>(various addresses) | |

| INSURER A: | Lothbury Insurance Company Limited |
|---|---|
| INSURER B: | AIG Group |
| INSURER C: | Various Companies and LLoyds of London Syndicates |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | ☐ | | | | PERSONAL & ADV INJURY | $ |
| | ☐ | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | |
| | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | |
| | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | ☐ SCHEDULED AUTOS | | | | | |
| | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | ☐ ANY AUTO | | | | OTHER THAN EA ACC | $ |
| | ☐ | | | | AUTO ONLY: AGG | $ |
| | **EXCESS LIABILITY** | | | | EACH OCCURRENCE | $ |
| | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | ☐ | | | | | $ |
| | ☐ DEDUCTIBLE | | | | | $ |
| | ☐ RETENTION $ | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A B C | **OTHER** Bankers Bond incl. Fidelity and E&O | MLU8337 and others | 4/25/2006 | 6/30/2007 | GBP365,000,000 in the aggregate excess of GBP 30,000,000 each and every loss | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS

| CERTIFICATE HOLDER | ADDITIONAL INSURED; INSURER LETTER: | CANCELLATION |
|---|---|---|
| | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
| U.S. Securities & Exchange Commission<br>450 5th St NW<br>Washington, DC 20001 | | AUTHORIZED REPRESENTATIVE |

| ACORD 25-S (7/97) | © ACORD CORPORATION 1988 |
|---|---|

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

**ACORD 25-S (7/97)**