UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, : <br> : <br> Defendant. : | 1:06-cv-00959 (RJL) |

**PLAINTIFF'S UNOPPOSED MOTION
FOR APPROVAL OF A PAYMENT PLAN**

Plaintiff, Securities and Exchange Commission, hereby moves this honorable Court for an Order approving the Payment Plan proposed by the Distribution Agent. Defendant, Federal National Mortgage Association, does not oppose this motion. The motion is supported by the Proposed Payment Plan and the exhibits attached thereto. A proposed Order is also submitted with this motion.

Dated: <u>Oct. 5, 2007</u>              Respectfully submitted,


   /s/ Jordan A. Thomas_____
Jordan A. Thomas (Bar No. 452886)
Peter H. Bresnan
Christopher Conte
Charles E. Cain
Margaret S. McGuire
Rachel E. Schwartz

SECURITIES AND EXCHANGE COMMISSION
Division of Enforcement
100 F Street, N.E., Mail Stop #4030
Washington, DC 20549
Tel.: (202) 551-4475 (Thomas)
Fax.: (202) 772-9245 (Thomas)

Attorneys for Plaintiff