FILED
OCT 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

        v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Defendant.

1:06-cv-00959 (RJL)

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR APPROVAL OF A PAYMENT PLAN**

**WHEREAS,** the Court, having reviewed the court-approved Distribution Plan, the Plaintiff's Unopposed Motion For Approval of a Payment Plan, the Proposed Payment Plan and the exhibits attached thereto, and for good cause shown,

I.

**IT IS HEREBY ORDERED** that the motion is granted.

II.

**IT IS FURTHER ORDERED** that the Payment Plan and the Distribution Agent's recommendations for resolution of reconsidered claims, being fair and reasonable, is approved and authorized in all respects.

### III.

**IT IS FURTHER ORDERED** that within ten days of this Order, the Distribution Agent shall:

    a. Mail a Final Determination Notice to all claimants who filed a Request for Reconsideration notifying them of the of the Court's final determination;

    b. Prepare a draft of the cover letter, check and envelope, and submit to the Commission staff for approval;

    c. Reconcile the Fair Fund Escrow Fund in order to re-verify the balance available for payment of Approved Claims, including reviewing and verifying the reserve to pay any outstanding and anticipated settlement fees, expenses and taxes;

    d. Calculate the Eligible Loss Amount for each Approved Claim based on the methodology in the Distribution Plan;

    e. Mark all Approved Claims with less than $10.00 in Eligible Losses so that they are excluded from the payment file (considering the aggregation of individual accounts as detailed in the Distribution Plan);

    f. Prepare an electronic list of all Eligible Claimants along with the Approved Claim amount for each Eligible Claimant;

    g. Reconcile the list of Eligible Claimants to the claims database to ensure each Eligible Claimant has an Approved Claim calculated for payment;

h. Reconcile the total amount of the Approved Claims to the total amount of the Fair Fund Escrow Fund to ensure that the total calculated amount equals the total amount available for payment;

i. Perform a test of the Approved Claims based upon a random sample designed to provide a 95% confidence level, plus or minus 5%, that Approved Claims were accurately calculated based on the methodology contained in the Distribution Plan; and

j. Prepare a Distribution Report that summarizes the above tasks and submit this report to the Commission staff for approval. The Distribution Report will include the reconciliation of the Fair Fund Escrow Fund, the electronic list of Eligible Claimants and Approved Claim amounts, a statement that the reconciliation of Eligible Claimants and Approved Claims amounts is complete and correct, a report reconciling the total Approved Claims to the total amount available for payment from the Fair Fund Escrow Account, and a report summarizing the results of the random sample test. The Commission staff will review and provide approval of the Distribution Report within three days of its receipt of the Distribution Report.

IV.

**IT IS FURTHER ORDERED** that the Distribution Agent shall mail all claim payments made payable to each Eligible Claimant via First Class Mail within four days of receipt of the Commission's approval of the Distribution Report. For any checks that are returned by the United States Post Office as undeliverable, the Distribution Agent shall re-mail any payments with a forwarding address. For all others, the Distribution Agent shall review claim data and, if necessary, trace addresses through a professional search service and mail the payments to the new addresses obtained.

V.

**IT IS FURTHER ORDERED** that the Distribution Agent shall file a report with the Court regarding the distribution process within ten days of the mailing of the claim payments.

VI.

**IT IS FURTHER ORDERED** that after mailing claim payments, the Distribution Agent shall pay, with the approval of the Commission staff and in accordance with the court-approved Distribution Plan, all non-deferred fees, expenses and taxes.

VII.

**IT IS FURTHER ORDERED** that the Distribution Agent shall prepare a final accounting of all monies received, earned, and spent in connection with the administration of the Distribution Plan within 180 days of the initial payment date and file a copy of the final accounting with the Court, and serve a copy upon Commission counsel. If appropriate, under the terms of this Court's Order dated April 11, 2007, the

Distribution Agent may request from the Commission approval of payment of deferred fees (10% of total fees) to the Distribution Agent.

## VIII.

**IT IS FURTHER ORDERED** that the Distribution Agent shall transfer any remaining unclaimed or unallocated Fair Fund Escrow Fund monies to the Commission as required by the Court's Order dated April 11, 2007.

Dated 10/12/07

_____
UNITED STATES DISTRICT JUDGE