UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:  1:06-cv-00959 (RJL)<br>:<br>:<br>:<br>:<br>:<br>: |

## DISTRIBUTION REPORT

1.  This Distribution Report has been prepared to inform the Court regarding the Distribution Process pursuant to the Order Granting Plaintiff's Unopposed Motion for Approval of the Payment Plan ("Order") dated October 12, 2007.

2.  As required in the Order, the Distribution Agent has completed the following tasks:

    a.  Mailed Final Determination Notices on October 17, 2007 to all claimants who filed a Request for Reconsideration, notifying them of the Court's final determination;

    b.  Prepared a draft of the cover letter, check and envelope and submitted drafts to the Commission staff for approval; and

    c.  Reconciled the Fair Fund Escrow Fund in order to re-verify the balance available for payment of Approved Claims, including reviewing and verifying the reserve to pay any outstanding and anticipated settlement fees, expenses and taxes. The balance available for distribution is $356,128,500.

3. As required in the Order, the Distribution Agent completed the following tasks for each Eligible Claimant with an Approved Claim:

    a. Calculated the Eligible Loss Amount based on the methodology in the Distribution Plan; and

    b. Marked all Approved Claims with less than $10.00 in Eligible Losses and excluded these claims from the payment file.

4. As required by the Order, the Distribution Agent:

    a. Prepared and submitted to the Commission Staff an electronic list of all Eligible Claimants along with the Approved Claim amount for each Eligible Claimant;

    b. Reconciled the total amount of the Approved Claims to the total amount of the Fair Fund Escrow Fund to ensure that the total calculated amount equaled the total amount available for payment;

    c. Reconciled the list of Eligible Claimants to the claims database to ensure each Eligible Claimant had an Approved Claim calculated for payment; and

    d. Performed a test of the Approved Claims based upon a random sample designed to provide a 95% confidence level, plus or minus 5%, that Approved Claims were accurately calculated based on the methodology contained in the Distribution Plan.

5. The Distribution Agent prepared and submitted a Distribution Report to the Commission staff for approval. The report was submitted on October 17, 2007. Approval was received from the Commission staff on October 18, 2007.

6.      After receipt of approval by the Commission Staff, the Distribution Agent, printed and mailed 160,250 checks to in the total amount of $356,128,500 to Eligible Investors on October 19, 2007.

Dated:    October 29, 2007                    Respectfully Submitted,

/s/ Jeffrey D. Dahl
Court-Appointed Distribution Agent
Rust Consulting, Inc.
201 S. Lyndale Avenue
Faribault, MN 55021
Tel.: (507) 333-4321
Fax: (507) 333-4330