UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  1:06-cv-00959 (RJL)<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO ACCEPT THE FINAL REPORT OF THE DISTRIBUTION AGENT,
AUTHORIZE PAYMENT OF DEFERRED FEES AND EXPENSES,
AUTHORIZE PAYMENT OF REMAINING FUNDS TO THE UNITED STATES
TREASURY, AND AUTHORIZE CLOSING OF THE DISTRIBUTION FUND**

**WHEREAS,** the Court, having reviewed the Distribution Agent's Final Report and the Plaintiff's Unopposed Motion To Accept the Final Report of the Distribution Agent, Authorize Payment of Deferred Fees and Expenses, Authorize Payment Of the Remaining Funds To The United States Treasury and Authorize the Closing of the Distribution Fund and the exhibits attached thereto, and for good cause shown,

I.

**IT IS HEREBY ORDERED** that the motion is granted.

II.

**IT IS FURTHER ORDERED** that within ten days of this Order, the Distribution Agent shall:

a. Pay the deferred fees and expenses to Rust Consulting, Inc. in the amount of $486,944.88;

b. Pay the remaining funds of $3,176,678 to the general fund of the United States Treasury;

c. Close the distribution fund account; and

d. Send a written confirmation to Securities and Exchange Commission staff that these tasks have been completed.

Dated 10/27/09

[signature]
UNITED STATES DISTRICT JUDGE